IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scott, Pamela S | Case Number: 08 B 27017 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 10/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 20,000.00 | 0.00 |
| 4. | Bank Of America | Secured | 22,164.13 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 960.10 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,234.03 | 0.00 |
| 7. | Sallie Mae | Unsecured | 1,412.39 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 67.32 | 0.00 |
| 9. | Monterey Collection Service | Unsecured | 56.33 | 0.00 |
| 10. | Community Hospital | Unsecured | 47.94 | 0.00 |
| 11. | Patients 1st ER Med Consult PC | Unsecured | 2.80 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 90.49 | 0.00 |
| 13. | Nicor Gas | Unsecured | 257.30 | 0.00 |
| 14. | Sinai Health System | Unsecured | | No Claim Filed |
| 15. | Chicago State University | Unsecured | | No Claim Filed |
| 16. | Mitchell Goldflies | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 19. | Midland Credit Management | Unsecured | | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 21. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 22. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | | $ 46,292.83 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:  Scott, Pamela S | Case Number:  08 B 27017 |
|---|---|
|  | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  10/8/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*